IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § § § | Chapter 11 |
| **MATRA PETROLEUM U.S.A., INC.,** [1] | § § | Case No. 19-34190 (DRJ) |
| **MATRA PETROLEUM OPERATING, LLC.,** | § § § | Case No. 19-34191 (DRJ) |
| **MATRA PETROLEUM OIL & GAS, LLC.,** | § § § | Case No. 19-34192 (DRJ) |
| **MATRA TERRA, LLC.,** | § § § | Case No. 19-34193 (DRJ) |
| **DEBTORS.** | § | **(Joint Administration Requested)** |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

Please take notice that, a hearing on each of the following pleadings has been scheduled for Monday, August 5, 2019 at 3:15 p.m., before the Honorable David R. Jones United States Bankruptcy Court, Southern District of Texas, Courtroom 400, 515 Rusk, 4th Floor, Houston, Texas 77002.

1. Debtors' Emergency Motion for Entry of an Order (i) Directing Joint Administration of Chapter 11 Cases and (ii) Granting Related Relief [Docket No. 2];

2. Emergency Motion for an Order (i) Authorizing Maintenance of Existing Corporate Bank Accounts; and (ii) Authorizing Continued Use of Existing Business Forms and Records [Docket No. 4];

3. Debtors' Emergency Motion for Authority to Transfer Operatorship Of Foreclosed Oil & Gas Assets and Permission to Sub-Contract Operatorship of Remaining Oil & Gas Assets [Docket No. 5]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Matra Petroleum USA, Inc. (4467); Matra Petroleum Operating, LLC (0145); Matra Petroleum Oil & Gas, LLC (5096); and Matra Terra, LLC 9069).  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 708 Main Street, Floor 9, Houston, TX 77002.

4. Debtors' Emergency Motion of Debtors and Debtors In Possession For Interim and Final Orders Authorizing Debtors to (A) Use Cash Collateral and Other Collateral and Grant Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364; (B) Upon Entry of A Final Order, Enter Into A Debtor-In-Possession Financing Facility; (C) Schedule Final Hearing Pursuant to Rules 4001(B), 4001(C) and 9014; and (D) Grant Related [Docket No. 6].

DATED: August 1, 2019

Respectfully submitted,

HOOVER SLOVACEK LLP

By: /s/ Deirdre Carey Brown
DEIRDRE CAREY BROWN
State Bar No. 24049116
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
brown@hooverslovacek.com

**OF COUNSEL:**
HOOVER SLOVACEK LLP
Melissa A. Haselden
State Bar No. 00794778
haselden@hooverslovacek.com
Vianey Garza
State Bar No. 24083057
garza@hooverslovacek.com
*Proposed Attorneys for Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2019 a copy of the foregoing Notice of Hearing on First Day Motions was served on the United States Trustee, the 20 largest unsecured creditors of the Debtors, certain governmental entities, counsel and parties-in-interest listed on Exhibit 1 by first class mail via BMC Group and a declaration of service will also be filed.

/s/ Deirdre Carey Brown
DEIRDRE CAREY BROWN